IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 4:08CR212 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | |
| IVEY J. MAYBOU, | ) | |
| | ) | JOURNAL ENTRY |
| Defendant. | ) | |

  This matter came on to be heard upon the petition of Linda H. Barr, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Testificandum directed to the Ohio Department of Rehabilitation and Corrections and/or the Warden, Mahoning County Jail, Youngstown, Ohio, and/or the United States Marshal for the Northern District of Ohio at Cleveland, Ohio; And the Court finding the allegations in said Application to be true and correct, and being fully advised in the said matter;

  IT IS ORDERED that the Clerk of this Court be and is instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Ohio Department of Rehabilitation and Corrections and/or the Warden, Mahoning County Jail, Youngstown, Ohio, and/or the United States Marshal

for the Northern District of Ohio at Cleveland, Ohio, to bring DAVID KOPNITSKY before this court on Tuesday, July 22, 2008, at 12:00 p.m., as a witness in the matter, and to be returned to the said state institution following the said court proceedings.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
JUL 7 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND